United States District Court

Middle District of Florida

300 North Hogan Street, Suite 11-400

Jacksonville, Florida 32202

May 25, 2006

John H. Moore II
Senior Judge



Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Gentlemen:

In my haste to get my financial disclosure report submitted immediately after filing my burdensome income tax return, I completely forgot that I had joined an investment club in late 2005 and failed to include the assets in my return to you. Accordingly, I am hereby filing an amended disclosure report. Enclosed herewith is the original amendment and three copies.

Very truly yours,



JHM:vf
Enclosures

RECEIVED 2006 JUN -2 A 11: 07 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore II, John H | 2. Court or Organization<br><br>U.S. DISTRICT COURT MDFL | 3. Date of Report<br><br>05/25/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>300 North Hogan Street<br>Suite 11-400<br>Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | ▇▇▇ |
| 2. Co-Trustee | ▇▇▇▇▇▇▇ Living Trust created 6/9/2004 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | State of Florida - retirement | $ 19832.00 |
| 2. | | Sun Life Insurance Co. - Annuity | $ 2060.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 05/25/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vet Admin | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | D | Dividend | M | T | | | | | |
| 4. Pacific Gas & Elec. Co., common stock | C | Dividend | M | T | | | | | |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | D | Dividend | P1 | T | | | | | |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | See Sec VIII |
| 9. Walt Disney - common stock | A | Dividend | K | T | | | | | |
| 10. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 11. Bank of America | A | Interest | K | T | | | | | |
| 12. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 13. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 14. Becton-Dickinson, common stock | B | Dividend | L | T | | | | | |
| 15. Exxon Mobil - common stock | B | Dividend | P1 | T | | | | | |
| 16. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 17. Southern Co., common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 19. Van Kam FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 20. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 21. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 22. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 23. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 24. Palm Beach Cty Sch., Bond | B | Interest | K | T | | | | | |
| 25. Verizon - common stock | B | Dividend | K | T | | | | | |
| 26. Vodafone | A | Dividend | J | T | | | | | |
| 27. Equitable Accumulator - annuity | C | Dividend | M | T | | | | | |
| 28. Wachovia Diversified Managed Account | D | Dividend | P1 | T | | | | | |
| 29. Wachovia Nuveen Asset Mgmt - High Quality Municipal Bond Fnd | D | Interest | P1 | T | | | | | |
| 30. USAA - Investment Account | A | Interest | K | T | | | | | |
| 31. USAA - Savings | A | Interest | K | T | | | | | |
| 32. General Electric - common stock | A | Dividend | J | T | | | | | |
| 33. Ametck | B | Dividend | M | T | | | | | |
| 34. BellSouth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 =More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S =Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast | A | Dividend | J | T | | | | | |
| 36. Citigroup | B | Dividend | K | T | | | | | |
| 37. Cooper Industries LTD | D | Dividend | N | T | | | | | |
| 38. Ford Motor Co. - common stock | B | Dividend | K | T | | | | | |
| 39. TRI Cont'l Corp | A | Dividend | J | T | | | | | |
| 40. General Motors - common stock | A | Dividend | J | T | | | | | |
| 41. Honeywell Int'l - common stock | A | Dividend | K | T | | | | | |
| 42. International Paper - common stock | A | Dividend | J | T | | | | | |
| 43. National Grid Transco | B | Dividend | J | T | | | | | |
| 44. SBC Communications - common stock | B | Dividend | K | T | Exchanged | 11/22 | K | A | |
| 45. AT&T - common stock | A | Dividend | K | T | Exchanged | 11/22 | K | A | |
| 46. Wachovia Nat'; Bank | B | Interest | K | T | | | | | See Sec VIII |
| 47. Bank of AMerica Nat'l Bank | | Interest | L | T | Spin-off | 12/12 | L | | See Sec VIII |
| 48. Par Investment Club | A | Interest / Dividend | N | T | Buy | 11/26 | K | | |
| 49. -- Armor Holdings Inc | | | | | | | | | |
| 50. -- AMN Healthcare Services | | | | | | | | | |
| 51. -- Amgen Incorporated | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 –$100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q =Appraisal | V –Other | S =Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 05/25/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Citigroup Inc | | | | | | | | | |
| 53. -- Caremark Rx Inc | | | | | | | | | |
| 54. -- Costco Wholesale | | | | | | | | | |
| 55. -- EMC Corp Mass | | | | | | | | | |
| 56. -- Global Axcess Corp new | | | | | | | | | |
| 57. -- General Electric Company | | | | | | | | | |
| 58. -- International Business | | | | | | | | | |
| 59. -- Intel Corp | | | | | | | | | |
| 60. -- Illinois Tool Works Inc | | | | | | | | | |
| 61. -- Johnson & Johnson | | | | | | | | | |
| 62. -- L-3 Communications Hldgs | | | | | | | | | |
| 63. -- 3 M Company | | | | | | | | | |
| 64. -- Motorola | | | | | | | | | |
| 65. -- Microsoft Corp | | | | | | | | | |
| 66. -- Pharmaceutical NYMOX | | | | | | | | | |
| 67. -- Pepsico Incorporation | | | | | | | | | |
| 68. -- PSS World Medical Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Stryker Corp | | | | | | | | | |
| 70. -- United Health Group Inc. | | | | | | | | | |
| 71. -- Viisage Technology New | | | | | | | | | |
| 72. -- Winn-Dixie Stores Inc. | | | | | | | | | |
| 73. -- Watts Water Tech Inc A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 05/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec VII, L44, 45  SBC Communications, Inc. was merged with AT&T (L45) and the AT&T name was retained in lieu of SBC Communications which is no lnger owned.

Sec. VII L46 This is the transferee account mentioned on last year's report in Sec VII L11

Sec VII L47 This is a spinoff from Sec VII L8 to creeat a money market account which begame L47.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/25/06

NOTE: ANY I~~~~~~~~~~~~~~~~~~~~~~~~~~~~SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN~~~~~~~~~~~~~~~~~~~~~~ (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court
## Middle District of Florida
### 300 North Hogan Street, Suite 11-400
#### Jacksonville, Florida 32202

July 12, 2006

John H. Moore II
*Senior Judge*

RECEIVED
2006 JUL 19 A 10: 59
FINANCIAL
DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Gentlemen:

I am in receipt of your letter dated June 20, 2006 wherein I was advised that I omitted three investments from my 2005 Financial Disclosure Report, specifically McDonalds Corporation, Wal-Mart Stores and St. Joe Corp. After reviewing this report, I see that theses stocks were inadvertently omitted.

When preparing the 2005 report, I used the software provided which automatically transfers the data from the previous year's report into the current year's report. I simply added and deleted any investments which I acquired or sold, not checking to see if all of the previous years' data was properly transferred. As I can now see, it was not.

Accordingly, I am hereby filing an amended disclosure report. Enclosed herewith is the original amendment and three copies.

Very truly yours,



JHM:vf
Enclosures

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Moore II, John H | 2. Court or Organization U.S. DISTRIC COURT MDFL | 3. Date of Report 07/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Sr. Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 300 North Hogan Street Suite 11-400 Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | ▌▌▌▌ |
| 2. Co-Trustee | ▌▌▌▌▌▌ Living Trust created 6/9/2004 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 19 A 10: 59 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 07/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | State of Florida - retirement | $ 19832.00 |
| 2. | Sun Life Insurance Co. - Annuity | $ 2060.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

**V. GIFTS.** *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 07/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vet Admin | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | D | Dividend | M | T | | | | | |
| 4. Pacific Gas & Elec. Co., common stock | C | Dividend | M | T | | | | | |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | D | Dividend | P1 | T | | | | | |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | See Sec VIII |
| 9. Walt Disney - common stock | A | Dividend | K | T | | | | | |
| 10. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 11. Bank of America | A | Interest | K | T | | | | | |
| 12. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 13. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 14. Becton-Dickinson, common stock | B | Dividend | L | T | | | | | |
| 15. Exxon Mobil - common stock | B | Dividend | P1 | T | | | | | |
| 16. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 17. Southern Co., common stock | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 07/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 19. Van Kam FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 20. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 21. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 22. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 23. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 24. Palm Beach Cty Sch., Bond | B | Interest | K | T | | | | | |
| 25. Verizon - common stock | B | Dividend | K | T | | | | | |
| 26. Vodafone | A | Dividend | J | T | | | | | |
| 27. Equitable Accumulator - annuity | C | Dividend | M | T | | | | | |
| 28. Wachovia Diversified Managed Account | D | Dividend | P1 | T | | | | | |
| 29. Wachovia Nuveen Asset Mgmt - High Quality Municipal Bond Fnd | D | Interest | P1 | T | | | | | |
| 30. USAA - Investment Account | A | Interest | K | T | | | | | |
| 31. USAA - Savings | A | Interest | K | T | | | | | |
| 32. General Electric - common stock | A | Dividend | J | T | | | | | |
| 33. Ametek | B | Dividend | M | T | | | | | |
| 34. BellSouth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 07/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast | A | Dividend | J | T | | | | | |
| 36. Citigroup | B | Dividend | K | T | | | | | |
| 37. Cooper Industries LTD | D | Dividend | N | T | | | | | |
| 38. Ford Motor Co. - common stock | B | Dividend | K | T | | | | | |
| 39. TRI Cont'l Corp | A | Dividend | J | T | | | | | |
| 40. General Motors - common stock | A | Dividend | J | T | | | | | |
| 41. Honeywell Int'l - common stock | A | Dividend | K | T | | | | | |
| 42. International Paper - common stock | A | Dividend | J | T | | | | | |
| 43. National Grid Transco | B | Dividend | J | T | | | | | |
| 44. SBC Communications - common stock | B | Dividend | K | T | Exchanged | 11/22 | K | A | |
| 45. AT&T - common stock | A | Dividend | K | T | Exchanged | 11/22 | K | A | |
| 46. Wachovia Nat'; Bank | B | Interest | K | T | | | | | See Sec VIII |
| 47. Bank of AMerica Nat'l Bank | | Interest | L | T | Spin-off | 12/12 | L | | See Sec VIII |
| 48. Par Investment Club | A | Interest | N | T | Buy | 11/26 | K | | |
| 49. — Armor Holdings Inc | | | | | | | | | |
| 50. — AMN Healthcare Services | | | | | | | | | |
| 51. — Amgen Incorporated | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 07/12/2006 |

## VII. INVESTMENTS and TRUSTS  *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Stryker Corp | | | | | | | | | |
| 70. -- United Health Group Inc. | | | | | | | | | |
| 71. -- Viisage Technology New | | | | | | | | | |
| 72. -- Winn-Dixie Stores Inc. | | | | | | | | | |
| 73. -- Watts Water Tech Inc A | | | | | | | | | |
| 74. McDonalds Corporation - common stock | A | Dividend | J | T | | | | | |
| 75. Wal-Mart Stores - common stock | A | Dividend | J | T | | | | | |
| 76. St. Joe Corp. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moore II, John H | 07/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec VII, L44, 45  SBC Communications, Inc. was merged with AT&T (L45) and the AT&T name was retained in lieu of SBC Communications which is no lnger owned.

Sec. VII L46 This is the transferee account mentioned on last year's report in Sec VII L1 l

Sec VII L47 This is a spinoff from Sec VII L8 to creeat a money market account which begame L47.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 07/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date __7/12/06__

NOTE: A ... OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIM... ...SANCTIONS (5 U.S.C. app. § ...)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore II, John H | 2. Court or Organization<br><br>U.S. DISTRICT COURT MDFL | 3. Date of Report<br><br>04/28/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address<br><br>300 North Hogan Street<br>Suite 11-400<br>Jacksonville, FL 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | ███ |
| 2. Co-Trustee | ███████████ Living Trust created 6/9/2004 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | State of Florida - retirement | $ 19832.00 |
| 2. | | Sun Life Insurance Co. - Annuity | $ 2060.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vet Admin. | A | Interest | J | T | | | | | |
| 2. Wachovia | C | Interest | M | T | | | | | |
| 3. Ameren, common stock | D | Dividend | M | T | | | | | |
| 4. Pacific Gas & Elec. Co., common stock | C | Dividend | M | T | | | | | |
| 5. J. P. Morgan Chase & Co., common stock | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch CMA Acct. | D | Dividend | P1 | T | | | | | |
| 7. Bond-Fla. St. (JTA) | A | Interest | J | T | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | See Sec VIII |
| 9. Walt Disney - common stock | A | Dividend | K | T | | | | | |
| 10. USAA Tax Ex. H.Y. Fund | B | Dividend | K | T | | | | | |
| 11. Bank of America | A | Interest | K | T | | | | | |
| 12. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 13. Wachovia, IRA CD | A | Interest | K | T | | | | | |
| 14. Becton-Dickinson, common stock | B | Dividend | L | T | | | | | |
| 15. Exxon Mobil - common stock | B | Dividend | P1 | T | | | | | |
| 16. Goodyear Tire, common stock | A | Dividend | J | T | | | | | |
| 17. Southern Co., common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Avery Dennison Corp., common stock | A | Dividend | J | T | | | | | |
| 19. Van Kam FL Qual Mun Tr, mutual funds | C | Dividend | L | T | | | | | |
| 20. Novartis ADR, common stock | A | Dividend | J | T | | | | | |
| 21. Campbell Soup Co., common stock | A | Dividend | J | T | | | | | |
| 22. Toll Bros. Inc., common stock | A | Dividend | J | T | | | | | |
| 23. Palm Beach Cty Sch., Bond | C | Interest | L | T | | | | | |
| 24. Palm Beach Cty Sch., Bond | B | Interest | K | T | | | | | |
| 25. Verizon - common stock | B | Dividend | K | T | | | | | |
| 26. Vodafone | A | Dividend | J | T | | | | | |
| 27. Equitable Accumulator - annuity | C | Dividend | M | T | | | | | |
| 28. Wachovia Diversified Managed Account | D | Dividend | P1 | T | | | | | |
| 29. Wachovia Nuveen Asset Mgmt - High Quality Municipal Bond Fnd | D | Interest | P1 | T | | | | | |
| 30. USAA - Investment Account | A | Interest | K | T | | | | | |
| 31. USAA - Savings | A | Interest | K | T | | | | | |
| 32. General Electric - common stock | A | Dividend | J | T | | | | | |
| 33. Ametek | B | Dividend | M | T | | | | | |
| 34. BellSouth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore II, John H | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Comcast | A | Dividend | J | T | | | | | |
| 36. Citigroup | B | Dividend | K | T | | | | | |
| 37. Cooper Industries LTD | D | Dividend | N | T | | | | | |
| 38. Ford Motor Co. - common stock | B | Dividend | K | T | | | | | |
| 39. TRI Cont'l Corp | A | Dividend | J | T | | | | | |
| 40. General Motors - common stock | A | Dividend | J | T | | | | | |
| 41. Honeywell Int'l - common stock | A | Dividend | K | T | | | | | |
| 42. International Paper - common stock | A | Dividend | J | T | | | | | |
| 43. National Grid Transco | B | Dividend | J | T | | | | | |
| 44. SBC Communications - common stock | B | Dividend | K | T | Exchanged | 11/22 | K | A | |
| 45. AT&T - common stock | A | Dividend | K | T | Exchanged | 11/22 | K | A | |
| 46. Wachovia Nat'; Bank | B | Interest | K | T | | | | | See Sec VIII |
| 47. Bank of AMerica Nat'l Bank | | Interest | L | T | Spin-off | 12/12 | L | | See Sec VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - 2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec VII, L44, 45  SBC Communications, Inc. was merged with AT&T (L45) and the AT&T name was retained in lieu of SBC Communications which is no lnger owned.

Sec. VII L46 This is the transferee account mentioned on last year's report in Sec VII L11

Sec VII L47 This is a spinoff from Sec VII L8 to creeat a money market account which begame L47.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur[ ]

Date 4/28/06

NOTE: [ ] FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CR[ ]

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544